IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Cleason L. Stoner Sr.  
                        Debtor(s)

BK NO. 21-02088 HWV

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB, not individually, but solely as trustee for Nationstar HECM Acquisition Trust 2020-1 and index same on the master mailing list.

                                      Respectfully submitted,

/s/ Rebecca Solarz  
Rebecca Solarz  
29 Sep 2021, 13:00:43, EDT

KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA  19106  
215-627-1322