Certificate Number: 16339-PAM-DE-036159011

Bankruptcy Case Number: 21-02088



16339-PAM-DE-036159011

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>November 23, 2021</u>, at <u>1:22</u> o'clock <u>PM EST</u>, <u>Cleason Stoner</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: November 23, 2021   By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor