In re:  Case No. 21-02088-HWV
Cleason L Stoner, Sr.  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: Nov 10, 2022      Form ID: ordsmiss      Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cleason L Stoner, Sr., 4199 York Road, New Oxford, PA 17350-9116 |
| 5437355 | + | CGA Law Firm, PC, 135 N. George Street, York, PA 17401-1132 |
| 5437356 | | Champion Mortgage, P O Box 619093, Dallas, TX 75261-9093 |
| 5463983 | + | Mortgage Assets Management, LLC, PHH Mortgage Services, P.O. Box 24606, West Palm Beach, FL 33416-4606 |
| 5463984 | + | Mortgage Assets Management, LLC, PHH Mortgage Services, P.O. Box 24606, West Palm Beach, FL 33416, Mortgage Assets Management, LLC PHH Mortgage Services 33416-4606 |
| 5437357 | + | Mt. Pleasant Township Tax Collector, Diane L. Bixler, Tax Collector, 435 Hill Road, Hanover, PA 17331-9057 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Nov 10 2022 18:44:00 | Mortgage Assets Management, LLC, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | EDI: RECOVERYCORP.COM | Nov 10 2022 23:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5437354 | + | Email/Text: dcrum@adamscounty.us | Nov 10 2022 18:44:00 | Adams County Tax Claim Bureau, 117 Baltimore Street, Room 202, Gettysburg, PA 17325-2313 |
| 5437720 | + | EDI: RECOVERYCORP.COM | Nov 10 2022 23:43:00 | Orion, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5437358 | | EDI: PRA.COM | Nov 10 2022 23:43:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5446785 | | EDI: PRA.COM | Nov 10 2022 23:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5438873 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2022 18:44:41 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5448927 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 10 2022 18:44:00 | Wilmington Savings Fund Society, FSB at. El, c/o Champion Mortgage Company, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2022      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor Wilmington Savings Fund Society  FSB, not individually, but solely as trustee for Nationstar HECM Acquisition Trust 2020-1 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Charles G. Wohlrab | on behalf of Creditor Mortgage Assets Management  LLC cwohlrab@raslg.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Nicholas G. Platt | on behalf of Debtor 1 Cleason L Stoner  Sr. ngp@mooney4law.com, plattnr61895@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Cleason L Stoner Sr.,            Chapter     13

**Debtor 1**

Case No.     1:21−bk−02088−HWV

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: November 10, 2022

ordsmiss (05/18)